

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. John D. Gossett        Criminal No. 2:06cr172-004

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Amend the following special condition:**

1. If at any time the defendant tests positive for the use of illegal substances during his period of supervision, the defendant shall enroll in and successfully complete a substance abuse treatment program, at the direction and discretion of the probation officer.

Witness: _____      Signed: _____
      U.S. Probation Officer                       Probationer or Supervised Releasee

_____2/12/15_____
Date

Respectfully,

### ORDER OF COURT

Considered and ordered this 24th day of Feb., 2015 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

_____
U.S. Probation Officer

Place   Newport News, Virginia

Date   2/12/15

PROB 49
(Mod.ED/VA-Rev. 03/04)