IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

        Plaintiff,

v.                                             Crim. Action No. 2:06cr172-4

JOHN GOSSETT,

        Defendant.

## ORDER

Before the Court is a Motion to Terminate Defendant's Supervised Release Term (ECF No. 209) filed by John Gossett (the "Defendant"). The Court has reviewed the pleadings and notes that Mr. Gossett's term of supervised release was terminated by Report and Order on May 26, 2017. ECF No. 210. Accordingly, Mr. Gossett's Motion (ECF No. 209) is **DISMISSED AS MOOT**.

The Clerk is **REQUESTED** to mail a copy of this Order to Mr. Gossett and to the United States Attorney's Office in Norfolk, Virginia.

**IT IS SO ORDERED.**

                                                                 /s/
                                                Arenda L. Wright Allen
                                                United States District Judge

Nov 13th, 2017
Norfolk, Virginia